IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMIE K. LOCKETT**                                                                                         **PETITIONER**

v.                                            Case No. 2:15-cv-141 KGB/BD

**C.V. RIVERA, Warden,**
**Federal Corrections Complex,**
**Forrest City, Arkansas**                                                                               **RESPONDENT**

### ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by United States Magistrate Judge Beth Deere (Dkt. No. 6). The parties have not filed any objections, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Petitioner Jamie K. Lockett's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1); the relief requested is denied.

So ordered this 6th day of January, 2016.

_____
Kristine G. Baker
United States District Judge