IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMIE K. LOCKETT**                                                                                           **PETITIONER**

v.                                            Case No. 2:15-cv-141 KGB/BD

**C.V. RIVERA, Warden,**
**Federal Corrections Complex,**
**Forrest City, Arkansas**                                                                                   **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

Dated this 6th day of January, 2016.

_____
Kristine G. Baker
United States District Judge